**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 111435

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 31 2018   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLLY F. VOSEFSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>Defendant. | Docket No: 2:17-cv-02554-ADS-GRB<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff HOLLY F. VOSEFSKI by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

1

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: January 30, 2018

                                          **BARSHAY SANDERS, PLLC**

                                          By: */s David M. Barshay*
                                          David M. Barshay, Esq.
                                          BARSHAY SANDERS, PLLC
                                          100 Garden City Plaza, Suite 500
                                          Garden City, New York 11530
                                          Tel: (516) 203-7600
                                          Fax: (516) 706-5055
                                          *ConsumerRights@BarshaySanders.com*
                                          *Attorneys for Plaintiff*
                                          Our File No.: 111435

SO ORDERED: The Clerk of the Court is respectfully directed to close this case. The parties are granted leave to move to reopen this matter in the event the settlement is not consummated.

s/ Arthur D. Spatt

_____           1/31/18
Arthur D. Spatt, U.S.D.J.                                    Date

2