**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Holly F. Vosefski, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

ARS National Services, Inc.,

    Defendant.

Docket No: 2:17-cv-02554-ADS-GRB

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 18 2018 ★

LONG ISLAND OFFICE

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 12, 2018

| | |
|---|---|
| **GORDON & REES, LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Peter Siachos | By: /s Craig B. Sanders |
| Peter Siachos, Esq. | Craig B. Sanders |
| 18 Columbia Turnpike | 100 Garden City Plaza, Suite 500 |
| Florham Park, New Jersey 07932 | Garden City, New York 11530 |
| Tel: (973) 549-2500 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111435 |
| | *Attorneys for Plaintiff* |

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

4/18/18
_____
Date